IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHAN P. M., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-180-L-BN |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| | § | |
| Respondent. | § | |

# ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Under the provisions of 28 U.S.C. § 1915, the Court GRANTS Petitioner leave to proceed *in forma pauperis* until this Court enters judgment.

SO ORDERED.

DATED: January 28, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE