IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHAN P. M., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-180-L-BN |
| | § | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § | |
| | § | |
| Respondent. | § | |

**ORDER AND INSTRUCTIONS TO PARTIES
IN A 28 U.S.C. § 2241 HABEAS ACTION**

Petitioner, detained at Prairieland Detention Center in this district at the time of filing, filed a *pro se* 28 U.S.C. § 2241 habeas petition challenging his detention. *See* Dkt. Nos. 3, 4. United States District Judge Sam A. Lindsay referred this habeas case to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

Because Petitioner has been granted leave to proceed *in forma pauperis* and having reviewed his allegations, the Court requests that the Clerk of Court electronically serve a copy of this order, together with a copy of the petition and its attachments, if any, on the United States Attorney for the Northern District of Texas. That office must file, by **February 27, 2026**, an answer, motion, or other response to the petition (the Response).

Petitioner may submit a reply brief to the Response within **15 days** from the date of service of the Response. Any reply filed must be limited to the arguments raised in the Response and shall not include any new allegations of fact or new

- 2 -

grounds for relief.

    SO ORDERED.

    DATED: January 28, 2026

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE